JUDGE RAKOFF

BADIAK & WILL, LLP
Attorneys for Plaintiff
106 3RD Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 07-H-539-AW

07 CIV 7882

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY,
as subrogee of PHOENIX INTERNATIONAL
FREIGHT SERVICES, LTC.,

                                    Case No.: 07 CV _____

          Plaintiff,

   -against-                           **RULE 7.1 STATEMENT**

DELTA AIR LINES, INC.

          Defendant.
-----------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                SEE ATTACHED LIST

Dated: September 4, 2007

                                                  _____
                                                  SIGNATURE OF ATTORNEY
                                                  ALFRED J. WILL

**ALLIANZ OF AMERICA, INC**
- Allianz Insurance Company
- Allianz Insurance Group
- Allianz Underwriters Ins Co
- American Automobile Ins Co
- American Insurance Company
- American Standard Lloyd's
- Associated Indemnity Corp
- Chicago Insurance Company
- Fireman's Fund Cty Mut Ins
- Fireman's Fund Indemnity Corp
- Fireman's Fund Insurance Cos
- Fireman's Fund Insurance Co
- Fireman's Fund Ins Co of GA
- Fireman's Fund Ins Co of HI
- Fireman's Fund Ins Co of LA
- Fireman's Fund Ins Co of MO
- Fireman's Fund Ins Co of NE
- Fireman's Fund Ins Co of OH
- Fireman's Fund Ins Co of WI
- Interstate Fire & Casualty Co
- Interstate Indemnity Company
- Midway Ins Co of Illinois
- National Surety Corporation
- Vintage Insurance Company
- Warner Insurance Company

**Fireman's Fund Ins Co of TX**

**Jefferson Insurance Group**
- Jefferson Insurance Co of NY
- Monticello Insurance Co

**Parkway Insurance Company**

**San Francisco Reinsurance Co**