
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FIREMAN'S FUND INSURANCE COMPANY, as   :
subrogee of PHOENIX INTERNATIONAL      :
FREIGHT SERVICES, LTD.,                :    07 Civ. 7882 (JSR)
                                       :
            Plaintiff,                 :    ORDER
                                       :
        -v-                            :
                                       :
DELTA AIR LINES, INC.,                 :
                                       :
            Defendant.                 :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The parties in this case have informed the Court that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to either party to move by letter to reopen it by no later than April 18, 2008 if the settlement is not fully effectuated.

SO ORDERED.

Dated: New York, NY
       March 20, 2008

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-25-08